(CM/eb  USAO #2023R00167)

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

USDC- GREENBELT
'23 MAR 15 PM 1:07

| United States of America | ) |
|---|---|
| v. | ) |
| ANOMAH NDONWI, a/k/a Louis Enow Ndikum, a/k/a Njoku Enow Emmanuel | ) Case No. TDC23CR0076 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANOMAH NDONWI, a/k/a Louis Enow Ndikum, a/k/a Njoku Enow Emmanuel,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1543   False Use of Passport

Date: 3-2-23

*Issuing officer's signature*

City and state: Greenbelt, Maryland   Honorable Ajmel A. Quereshi, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/2/23, and the person was arrested on *(date)* 3/15/2023
at *(city and state)* Hyattsville MD.

Date: 3/15/23

*Arresting officer's signature*

Darren R Vasilewicz SA/HSI
*Printed name and title*